UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5916 PSG (SH) | Date | November 27, 2013 |
|---|---|---|---|
| Title | *Gustafson v. U.S. Bank, et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers)**: **Order to Show Cause Why Defendant MTC Financial Should Not Be Dismissed Under Federal Rule of Civil Procedure 4(m)**

The Court's Standing Order provides:

> The Plaintiff(s) shall promptly serve the Complaint in accordance with Fed. R. Civ. P. 4 and file the proofs of service pursuant to Local Rules. Any Defendant(s) not timely served shall be dismissed from the action without prejudice. Any "DOE" or fictitiously-named Defendant(s) who is not identified and served within 120 days after the case is filed shall be dismissed pursuant to Fed. R. Civ. P. 4(m).

*Standing Order* ¶ 1. In this case, Plaintiff named MTC Financial. However, to date, Plaintiff has not filed proof of service as to MTC Financial. The 120-day period to serve MTC Financial expires on December 11, 2013. Accordingly, Plaintiff is ordered to show cause no later than **December 11, 2013** why the action should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). Failure to respond to this Order to Show Cause by **December 11, 2013** may result in MTC Financial being dismissed from this action.

**IT IS SO ORDERED.**